IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURT THOMAS,<br><br>           Plaintiff,<br><br>v.<br><br>DR. WILLIAM CONFORTI; DR. PAUL NOEL; DR. IYENGAR, Psychologist; LORI KWISNEK, C.H.C.A.; DEBRA YOTHERS, PA-C,<br><br>           Defendants. | Civil Action No. 04 - 1960<br><br>Judge Thomas M. Hardiman<br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

The above captioned case commenced with the filing of a petition to proceed in forma pauperis on December 30, 2004, and the matter was referred to United States Magistrate Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The complaint was filed on February 11, 2005.

The Magistrate Judge's Report and Recommendation (Doc. No. 40), filed on March 7, 2006, recommended that the Motions to Dismiss filed by defendants (Doc. Nos. 17, 19 and 25) be granted. The report and recommendation was served on the Plaintiff at SCI Forest, P.O. Box 945, Marienville, PA 16239, and on counsel for the Defendants. The parties were advised they were allowed ten (10) days from the date of service to file written objections to the report and recommendation. No objections have been filed. After review of the pleadings and documents in the case, the following order is entered:

AND NOW, this 30TH day of MARCH, 2006;

**IT IS HEREBY ORDERED** that the Motions to Dismiss filed by defendants (Doc. Nos. 17, 19 and 25) are **GRANTED**. The Clerk of Court is directed to mark this case **CLOSED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 40) of Magistrate Judge Lenihan, dated March 7, 2006, is adopted as the opinion of the court.

Dated:

By the Court:

Thomas M. Hardiman
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

CURT THOMAS
AM-4321
SCI Forest
P.O.Box 945
Marienville, PA 16239

Craig E. Maravich
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Patricia L. Dodge
Metz Lewis
11 Stanwix Street
18th Floor
Pittsburgh, PA 15222

Elizabeth M. Yanelli
Pietragallo, Bosick & Gordon
One Oxford Centre
38th Floor
Pittsburgh, PA 15219